**Order entered February 17, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01345-CV

### LILIAN FRANCIA COLON, Appellant

### V.

### FELIX CORONA, Appellee

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-17422**

## ORDER

By letter filed February 16, 2023, court reporter Lanetta Williams informs the Court no hearings or proceedings were held on the record in the underlying case. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file her brief on the merits no later than March 20, 2023.

/s/    BILL PEDERSEN, III
        JUSTICE